UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK
DEPARTMENT OF JUSTICE
DEPUTY WARDEN OF BRONX COURT
JOHN DOE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name AMAURY URENA
ID # 241-23-02807
Current Institution (R-28H) 19-19 Hazen St
Address East Elmhurst, New York 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name JOHN DOE   Shield #
Where Currently Employed BRONX CRIMINAL COURT
Address 265 E. 161 St street
Bronx, New York 10451

Rev. 05/2010                                                           1

Defendant No. 2    Name ~~DW~~ JOHN DOE _____ Shield #_____
                   Where Currently Employed BRONX CRIMINAL COURT
                   Address 215 E. 161th Street
                   Bronx New York 10451

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    CRIMINAL BRONX COURT

B.  Where in the institution did the events giving rise to your claim(s) occur?
    Holding cell

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    3/17/2021 - through - 2/29/24

D. Facts: On Dates such As 3/17/21 - 4/01/21 - 6/07/2021 - ~~[redacted]~~ - ~~[redacted]~~ - ~~[redacted]~~ - 12/8/21 - 12/8/21 - 2/02/22 - 3/24/22 - 3/28/22 - 5/12/22 - 6/23/22 - ~~[redacted]~~ - ~~[redacted]~~ ~~[redacted]~~ And ~~before~~ And thereafter such Date's mentioned I was ~~made to Drett in the~~ 6/24/22 - 7/29/22 - 9/06/22 - 11/01/22 11/2/22 - 11/3/22 - 11/28/2022 - 11/30/22 - 12/01/22 12/6/22 - 12/8/22 - 12/13/22 - 12/14/22 - 12/14/22 - 12/15/22 12/16/22 - 12/20/22 - 12/21/22 - 12/22/22 - 1/03/23 - 1/12/23 1/13/23 - 1/17/23 - 1/18/23 - 1/19/23 - 1/24/23 - 1/25/23 1/26/23 - 2/3/23 - 2/6/23 - 2/7/23 - 2/8/23 - 2/9/23 - 2/10/23 2/21/23 - 2/22/23 - 2/23/23 - 2/24/23 - 2/27/23 And dates before and thereafter I was searched at the facility I was detained at before being transported to the bronx criminal court + in the bronx for weapons. Then once at the courthouse searched for a second time for weapons in which none were found or detected. Then thereafter I was placed in a holding cell throughout the majority of the day awaiting court proceedings. While being in restraints such as a waistchain handcuff and mittens And shackles Alone in a cell where I couldn't pose a threat to anybody without being able to humanely regularly eat or use the bathroom I'm claiming 14th And 8th Amendment violations of cruel & unusual punishment And deliberate indifference

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Back pain, wrist and ankle pain mental anguish emotional distress

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____   No _____   Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know _____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _I tried to grieve this to 3¼ they indicated that they don't cover court grievances_

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                             4

when and how, and their response, if any:_____

_____ N/A _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

WHEREFORE I demand the following relief jointly and severally against all of the individual Defendants as well as the City of New York in terms of compensatory damages, punitive damages, And injunction in the sum of ten million dollars And injunction for the courts to stop the cruel and unusual And inhumane treatment to all detainees awaiting trial. The The convening and empaneling of a jury to consider the merits of the claims Herein. And in the case that I obtain a lawyer cost and interest and attorney fees. And such other and further relief as this Court may deem appropriate and equitable.

VI.  Previous lawsuits:

**On these claims**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ALMURY URENA

Defendants City of New York

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number  UNKNOWN
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

 If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

 If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Rev. 05/2010                                    6

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2nd day of March, 2024.

                Signature of Plaintiff  Ansury URENA

                Inmate Number  241 23 02807

                Institution Address  (R.E.3.H) 19-19 Hazen st

                East Elmhurst New York 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 5th day of March, 2024 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                Signature of Plaintiff: Ansley URENA



Aubrey Urena 241-23-02809
(R.E.S.H) 19-19 Hazen St.
East Elmhurst, New York 11370

RECEIVED MAR 12 2024 PRO SE OFFICE
USMP3 SDNY

(Pro-Se Intake)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312