UNITED STATES DISTRICT COURT 2024 JUL 30  AM 9: 29
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA

_____

Write the full name of each plaintiff.

1:24 CV 1886 (LTS)

(Include case number if one has been
assigned)

-against-

Warden of Bronx court (John Doe) Guilty
C.O Martinez
City of New York

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes     ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other:  _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

ALNURY _____ V _____ UKENA _____
First Name                Middle Initial              Last Name

JOHNNIE COGHRAN
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

241-23-02807
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

(R.E.S.H)
Current Place of Detention

19-19 Hazen
Institutional Address

East Elmhurst N.Y 11370
County, City                          State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:  _____

## IV.  DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
Unknown                          Gurby                              unknown
First Name                       Last Name                         Shield #

Warden of BRONX SUPREME CRIMINAL COURT
Current Job Title (or other identifying information)

265 E. 161 st street
Current Work Address

Bronx          New York                                   10459
County, City                    State                     Zip Code

Defendant 2:
unknown                          Martinez                           unknown
First Name                       Last Name                         Shield #

Correction officer
Current Job Title (or other identifying information)

265 E. 161 st street
Current Work Address

BRONX   New York          10459
County, City                    State                     Zip Code

Defendant 3:
_____
First Name                       Last Name                         Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                     Zip Code

Defendant 4:
_____
First Name                       Last Name                         Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                     Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: CourT Holding Cells

Date(s) of occurrence: 3/17/21 - 2/29/24

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On Dates such as: 3/17/21 - 4/01/21 - 6/07/21 - 12/8/21 - 2/02/22
3/24/22 - 3/28/22 - 5/12/22 - 6/23/22 - 6/24/22 - 7/29/22 - 9/06/22
11/01/22 - 11/2/22 - 11/3/22 - 11/28/22 - 11/30/22 - 12/1/22 - 12/6/22
12/8/22 - 12/13/22 - 12/14/22 - 12/15/22 - 12/16/22 - 12/20/22 - 12/21/22
12/22/22 - 1/03/23 - 1/12/23 - 1/13/23 - 1/17/23 - 1/18/23 - 1/19/23
1/24/23 - 1/25/23 - 1/26/23 - 2/3/23 - 2/6/23 - 2/7/23 - 2/8/23 -
2/9/23 - 2/10/23 - 2/21/23 - 2/22/23 - 2/23/23 - 2/24/23 - 2/27/23
And dates before and after the ones above mentioned I was
incarcerated awaiting trial on rikers Island. Through out these
consecutive Dates I was transported from facilities such as
G.R.V.C, N.I.C, A.M.K.C, to Bronx Supreme criminal court. Before
I was transported each day out these facilities to court I
was searched for weapons and contriband mwhich none were
present to be detected. Thereafter I was searched once again
at the bronx supreme criminal court for weapons and contriband
mwhich none were further present to be detected. Once the
search was completed due to my red i.d status handcuffs
waist cham shacthes and mittens were administered on my person
and remained on throughout the court day until I came back
to the jail I was detained in, In which they were finnally

taking off on those dates I remained throughout the day in restraints without the opportunity to properly eat or use the bathroom. When I inquired and asked officer Martinez why do I have to remain in restraints" if I'm in a cell by myself and dont post a threat to finbody he replied and said that its the policy and its mandated by the warden

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Back pain wrist and angle pain mental anguish emotional distress

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Wherefore I demand the following relief jointly and severally against all of the individual defendants as well as the city of New York in terms of compensatory damages, Punitive damages in the sum of ten million dollars

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| July 4th 2024 | ANNLEY URENA |
| Dated | Plaintiff's Signature |

| ANNLEY | V | URENA |
| First Name | Middle Initial | Last Name |

(R.C.S.N) 19-19 Haven Street
Prison Address

East Elmhurst    New York    11370

| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:    July 8th 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA

~~Plaintiff~~

-against-

WARDEN OF BRONX COURT SUPREME
C.O MARTINEZ
CITY OF NEW YORK

1:24 CV 1886 (LTS)

MEMORANDUM
OF LAW

I Amaury Urena submit this memorandum in support
of ~~CIVIL RIGHT~~ RIGHT'S lawsuit pursuant to violations
of constitutional rights

STATEMENT
OF FACTS

1. On consecutive court dates stemming from years Inmates
have remained in restraints. Throughout the day in Bronx
Supreme criminal court, As they awaited to see the judge
alone in a cell where they could have not pose a ~~threat~~ threat
to nobody. Without being able to properly eat or use the
Bathroom. And pertaining to the above mentioned facts
Any reasonable person would conclude that this is a
consistent practice/policy in the criminal supreme court in
the Bronx that's mandated by ~~superi~~ supervisory officials
such as wardens ect ect.

2. At all times, The defendant, CITY OF NEW YORK was And still is a municipal corporation organized and existing under and by virtue of the laws of the state of New York

3. At all times, The defendant SUPREME COURT OF The county of the bronx, was and is an agency of the defendant city

4. On          through      and all times herein after, the defendant warden GUETTY was and is a warden of the bronx supreme criminal court. And all times herein was acting in such capacity as the agent, servant and employee of the city. And in charge of the supervisory of the bronx supreme criminal court in terms of functions And practices therein.

5. On          through     and all times herein after the defendant C.O Martinez was and is a correction officer employed by the defendant CITY

## LEGAL ARGUEMENT
## UNCONSTITUTIONAL CONDITIONS
## OF CONFINEMENT

6. On Consecutive dates mentioned on Amended complaint I Amaury URENA was a pretrial detainee And was protected from unconstitutional conditions of confinement by the fourteenth Amendment to the united states Constitution

7. Defendants CITY, GUETTY AND C.O MARTINEZ failed to provide habitual conditions consistent with minimal constitutional standards when they kept me restrained in a cell alone for approximately 8 hours without access to basic necessities such as the opportunity

humanely eat or use the bathroom.

8. Despite knowing that basic needs were being deprived, defendants CITY, GUETY, MARTINEZ & Inacted to effectuate constitutionally adequate conditions of confinement.

9. The defendants, CITY, GUETY, MARTINEZ Are the direct and proximate result of the city policies and/or deliberate indifference to practices which involve the deliberate difference to the need to train, supervise, monitor, investigate and discipline misconduct/constitutional violations

10. The acts of the employees of the city i.e Correction officers and wardens, who violate the civil and constitutional rights of the citizens of the city of New York routinely go unreported, undisciplined and thier acts condoned by fellow officers and supervisors. The supervisors have known of the conduct of defendant correction officers and warden and failed to stop report or intervene in the misconduct

## LEGAL STANDARDS

11. officials municipal include the decisions of a governments lawmakers the acts of its policy making officials and practices so persistent and widespread as to practically have the force of law
Pembour Supra at 480-481 106 s.ct 1292 89L ed 2d 452
Adickes V S.H KRESS & CO. 398 U.S P14 167-168 90 s.ct 1598
26 L.ed 2d 142 (1970).

In which in this case the practice of leaving the restraints On Red.Id pre-trial detainees in the Bronx Supreme Criminal court is so persistent that it has the force of law

12. A local governments decision not to train certain employees about their legal duties to avoid violating citizens rights may be rise to the level of an official government policy for purposes of 1983. A municipality culpability for a deprivation of rights is at most tenuous where a claim turns on a failure to train <u>OKLAHOMA CITY V TUTTLE 471 U.S. 808, 822-823 105 S.ct 2427</u> <u>85 L.Ed 2d 791 (1985)</u>

In which In this case the practice of leaving the restraints on pretrial detainees as they await court proceedings (who are Red id states) are so persistent, as normal practice for multiple years. That its so evident that the defendant city failed to train to avoid violating citizens rights And gives rise to the level of an official government policy for purposes of 1983

13. A policy of inadequate training is far more nebulous and a good deal further removed from the constitutional violation than was the policy in monell to satisfy the statute a municipalities failure to train its employees in a relevant respect must amount to deliberate indifference, To the rights of persons with whom the untrained employees come into contact <u>CANTON 489 U.S AT 388 109 S. ct 1197, 103 L.Ed 2d 412</u>

14. A pattern of similar constitutional violations by untrained employees is ordinarily necessary to demonstrate deliberate indifference for purposes of failure to train <u>Bd. of the CNTY. COMM'RS V BROWN 520 U.S.</u> <u>397</u> Policymakers continued adherence to an approach that they know or should know has failed to prevent tortious conduct by employees may establish the conscious disregard for the consequence of their action: The deliberate indifference necessary to trigger municipal liability

AMAURY URENA 241-73-02804
(R.E.S.H) 19-19 Hazen street
East Elmhurst N.Y 11370

PRO SE INTAKE UNIT
500 Pearl street Rm#200
New York, New York 10007

UDNI
SDNY
P3

MAILED FROM ZIP CODE 11370
0000943868
02 1P
JUL 23 2024
$000.970
PITNEY BOWES

JUL 30 AM 9:29