UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMAURY URENA,                                                          :
:
                          Plaintiff,     :         24-CV-1886 (JMF)
:
                  -v-                                 :         <u>ORDER OF SERVICE</u>
:
WARDEN OF BRONX COURT GUITY, ET AL.,                                   :
:
                        Defendants.                                :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Clerk of Court is directed to notify the New York City Department of Correction ("DOC") and the New York City Law Department of this order. The Court requests that: (1) "Warden of Bronx Court Guity" (Assistant Deputy Warden Guity, Executive Officer of the DOC's Correction Intelligence Bureau); (2) "C.O. Martinez" (a DOC Correction Officer assigned to the Bronx Hall of Justice on the dates mentioned in the amended complaint, ECF No. 8 at 4); and (3) the City of New York, waive service of summonses.

       SO ORDERED.

Dated: August 30, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                              United States District Judge