UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
AMAURY URENA, :
:
Plaintiff, :
: 24-CV-1886 (JMF)
-v- :
: ORDER OF SERVICE
THE CITY OF NEW YORK et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Clerk of Court is directed to notify the New York City Department of Corrections ("DOC") and the New York City Law Department of this order. The Court requests that Corrections Officer Kelvin Martinez, Shield No. 18254 (New York City Department of Correction, Bronx Court Division, 265 E. 161 St., Bronx, New York 10461) waive service of summons.

      SO ORDERED.

Dated: February 25, 2025
       New York, New York

                                                                 JESSE M. FURMAN
                                                        United States District Judge