**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMAURY URENA,

                Plaintiff,

-against-                              24 **CIVIL** 1886 (JMF)

**JUDGMENT**

THE CITY OF NEW YORK et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 18, 2025, Defendants' motion to dismiss is granted. Judgment is entered for the Defendants and the case is closed. Further, the Court certifies, pursuant to 18 U.S.C. § 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      August 18, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                        **BY:**

                                                  **Deputy Clerk**